UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
BRYAN A. FLYNN

                      **ORDER ADOPTING R & R**
          Plaintiff,         Civil Action No. 16-6842 (DRH)(AYS)

   -against-

BANK OF AMERICA,

         Defendant.
-----------------------------------------------------X

**HURLEY, Senior District Judge:**

     Presently before the Court is the Report and Recommendation, dated April 5, 2017, of Magistrate Judge Anne Y. Shields recommending that plaintiff's motion to remand this matter to New York State Supreme Court, Nassau County, be denied. More than fourteen days have elapsed since service of the Report and Recommendation and no objections have been filed.

     Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. The Court adopts the April 5, 2017 Report and Recommendation of Judge Shields as if set forth herein. Accordingly,

     **IT IS HEREBY ORDERED** that plaintiff's motion to remand is denied.

Dated: Central Islip, N.Y.
      April 21, 2017                         /s/ Denis R. Hurley
                                                  Denis R. Hurley
                                                  United States District Judge